John W. Glascow, appellee, v. Family Wet Wash Laundry of Peoria, appellant. Gen. No. 7,567.

Action to recover compensation for services. Judgment for plaintiff. Appeal from the County Court of Peoria county; the Hon. Glen J. Cameron, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed March 29, 1926.

Dailey, Miller, McCormick & Radley, for appellant; Emerson T. Anthony and R. H. Radley, of counsel. Quinn & Quinn, for appellee; Frank J. Quinn, C. V. O'Hern and E. T. O'Connor, of counsel.

Mr. Justice Jett delivered the opinion of the court.

---

Thomas F. Mack, receiver, appellee, v. The Liverpool and London and Globe Insurance Company, Limited, appellant. Gen. No. 7,573.

Action upon fire insurance policy. Judgment for plaintiff. Appeal from the Circuit Court of Mercer county; the Hon. William T. Church, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed March 29, 1926. Rehearing denied April 19, 1926.

D. A. Hebel and Bates, Hicks & Folonie, for appellant. Watson & Duvall, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

George H. Koon, appellee, v. George W. Huff and George O. Teed, appellants. Gen. No. 7,591.

Forcible entry and detainer. Judgment for plaintiff. Appeal from the County Court of Lake county; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded. Opinion filed March 29, 1926. Rehearing denied April 21, 1926.

James G. Welch, for appellant, George W. Huff. E. M. Runyard, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

Gilbert Vennum, appellant, v. W. D. Littell, appellee. Gen. No. 7,594.

Bill to restrain vacation and closing of highway. Dismissed for want of equity. Appeal from the Circuit Court of Iroquois county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed March 29, 1926.

J. W. Kern and C. G. Hirschi, for appellant. W. Rufus Kendall and A. Fred Kendall, for appellee.

Mr. Justice Jett delivered the opinion of the court.